**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6056

LAWRENCE CRAWFORD,

Plaintiff - Appellant,

versus

ATTORNEY GENERAL'S OFFICE OF SOUTH CAROLINA;
JOHN MEADORS; W. BARNEY GIESE; RONALD W. MOAK;
JOEL SEXTON, Dr.; JANICE E. ROSS,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.   Terry L. Wooten, District Judge.
(0:06-cv-00908-TLW)

Submitted:  April 19, 2007          Decided:  April 25, 2007

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Lawrence Crawford, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Crawford appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Crawford v. Att'y Gen.'s Office of SC, No. 0:06-cv-00908-TLW (D.S.C. Dec. 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED